**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LEONEL MINA-RIOS, | No. 10-73397 |
| Petitioner, | Agency No. A079-619-209 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 27, 2011[**]

Before:   SILVERMAN, W. FLETCHER, and MURGUIA, Circuit Judges.

Leonel Mina-Rios, a native and citizen of Mexico, petitions for review of the

Board of Immigration Appeals' order dismissing his appeal from an immigration

judge's order of removal.  We have jurisdiction under 8 U.S.C. § 1252.  We review

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

de novo questions of law, *Castillo-Cruz v. Holder*, 581 F.3d 1154, 1158-59 (9th Cir. 2009), and we deny the petition for review.

The agency properly determined that Mina-Rios is removable under 8 U.S.C. § 1227(a)(2)(C) based on his 2006 conviction for violating California Penal Code § 12025(a)(2). *See Gil v. Holder*, No. 08-74371, --- F.3d ---, 2011 WL 2464782, at \*3 (9th Cir. June 22, 2011) ("[U]nder the categorical approach, a conviction under California Penal Code § 12025(a) constitutes a firearms offense under 8 U.S.C. § 1227(a)(2)(C).)

**PETITION FOR REVIEW DENIED.**